# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| CARRIE A. CATALDO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:23-cv-00396-AJ |
| ) | |
| LOWE'S HOME CENTERS, LLC, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## DEFENDANT'S NOTICE OF FILING STATE COURT RECORD

Pursuant to Local Rule 8.1.1(c). Defendant Lowe's Home Centers, LLC, hereby files a certified copy of the state court record attached hereto as Exhibit A.

Dated: September 12, 2023

Respectfully submitted,

LOWE'S HOME CENTERS, LLC

By  */s/ Hillary J. Massey*
Hillary J. Massey, N.H. Bar No. 273617
SEYFARTH SHAW LLP
Seaport East, Suite 1200
Two Seaport Lane
Boston, MA 02210-2028
Telephone: (617) 946-4879
Facsimile: (617) 946-4801
hmassey@seyfarth.com

Mona L. Smith (*pro hac vice forthcoming*)
SEYFARTH SHAW LLP
233 South Wacker Drive, Suite 8000
Chicago, Illinois 60606-6448
Telephone: (312) 460-5000
Facsimile: (312) 460-7000
mlsmith@seyfarth.com

Attorneys for Defendant Lowe's Home Centers, LLC

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 12, 2023, the foregoing document was filed via the Court's electronic filing system, which will send notification of such filing to the following attorneys of record:

Leslie H. Johnson
Law Office Of Leslie H. Johnson, PLLC
P.O. Box 265
Center Sandwich, NH 03227
Leslie@Lesliejohnsonlaw.com

   /s/ *Hillary J. Massey*
One of the attorneys for Defendant
Lowe's Home Centers, LLC

98183937v.1